**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL GORRIO,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:22-cv-00562** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
| **Respondent** | : | |

## <u>ORDER</u>

   **AND NOW**, on this 29th day of April 2022, upon consideration of the petition for a writ

of habeas corpus, and in accordance with the accompanying Memorandum, **IT IS ORDERED**

**THAT**:

1.    Petitioner's motion for leave to proceed in forma pauperis (Doc. No. 2) is
**GRANTED**, and his petition for a writ of habeas corpus, filed pursuant to 28
U.S.C. § 2241 (Doc. No. 1), is **DEEMED** filed;

2.    Petitioner's petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED
WITHOUT PREJUDICE**; and

3.    The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania